FILED by ES D.C.
ELECTRONIC
Oct. 31, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION
IN ADMIRALTY

### 08-61757-CIV-MORENO/TORRES

IN RE: THE PETITION OF MS "MADELEINE" SCHIFFAHRTSGESELLSCHAFT mbH & CO., KG, REEDEREI ALNWICK HARMSTORF & CO. GmbH & CO. KG AND BANGOR CASTLE SHIPPING COMPANY LIMITED AS OWNER, MANAGING OWNER AND BAREBOAT CHARTERER RESPECTIVELY OF THE VESSEL M/V "MADELEINE", FOR EXONERATION FROM OR LIMITATION OF LIABILITY,

CASE NO.:

Petitioners.
_____/

### PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

COME NOW Petitioners MS "MADELEINE" SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG, REEDEREI ALNWICK HARMSTORF & CO. GmbH & CO. KG and BANGOR CASTLE SHIPPING COMPANY LIMITED, as Owner, Managing Owner and Bareboat Charterer respectively of the vessel M/V "Madeleine" and pursuant to the provisions of 46 U.S.C. § 30501 et seq. and Supplemental Rule F, petition this Court for Exoneration from, or in the alternative for Limitation of Liability to the value of the interest of Petitioners in said vessel for all claims arising out of the tragic deaths of three longshoremen on May 20, 2008 and as grounds therefor state:

1. This action arises within the admiralty and maritime jurisdiction of this Court within the meaning of Fed. R. Civ. P. 9(h) as more fully appears below and is brought by Petitioners pursuant to the terms of the Limitation of Liability Act; 46 U.S.C. § 30501 et seq. and Fed. R. Civ. P. Supplemental Rule F governing Limitation of Liability actions.

2. Petitioner MS "MADELEINE" SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG is a business entity organized and existing under the laws of the Federal Republic of Germany and was at all times material the registered owner of the vessel M/V "Madeleine", a foreign flagged container/multipurpose cargo vessel.

3. Petitioner REEDEREI ALNWICK HARMSTORF & CO. GmbH & CO. KG is a business entity organized and existing under the laws of the Federal Republic of Germany and was at all times material the managing owner of the vessel M/V "Madeleine". At all material times REEDEREI ALNWICK HARMSTORF & CO. GmbH & CO. KG was a shareholder in MS "MADELEINE" SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG, and was responsible for the manning and provisioning of the vessel, providing for navigation which included procuring and providing deck, engine and cabin stores, maintenance and repairs for hull and machinery, providing spare parts, maintenance and repairs for communication and navigation equipment and communicating with the registered owner and the vessel's bareboat charterer.

4. Petitioner BANGOR CASTLE SHIPPING COMPANY LIMITED is a business entity organized and existing under the laws of Antigua and Barbuda and at all material times was the bareboat charterer of the M/V "Madeleine".

5. On May 20, 2008, three longshoremen, Hayman Sooknanan, Rene Robert Dutertre and James Cason died tragically on board the M/V "Madeleine" during cargo operations while the vessel was berthed at Port Everglades, Florida.

6. Pursuant to the provisions of Supplemental Rule F this action is being filed within six (6) months of the subject incident. Petitioners are filing as Exhibit "A" to this Petition for the benefit of claimants a Limitation Bond in the amount of Fourteen Million One Hundred Seventeen Thousand Dollars and 00/100 (US$14,117,000.00) issued by Liberty Mutual Insurance Company as

security for an amount equal to the value of the Petitioners' interest in the vessel at the termination of the subject voyage together with pro rata charter hire earned by the Petitioners for the voyage of US$9,000.00 per day for thirteen (13) days, in lieu of pending freight within the meaning of 46 U.S.C. § 30505 (a) and based on Petitioners' appraisal of said vessel. The Certificate of Valuation supporting said valuation is attached as Exhibit "B".

7. Pursuant to Supplemental Rule F, Petitioners allege that they are entitled to exoneration as the tragic deaths of the longshoremen aboard the vessel were not the result of any fault or neglect attributable to Petitioners. Pursuant to 46 U.S.C. §§ 30505, 30511, Petitioners in the alternative are entitled to limitation to the amount or value of the interest of said Petitioners in the vessel following the incident resulting in the deaths of the claimants as the incident occurred without the privity or knowledge of Petitioners within the meaning of 46 U.S.C. § 30505.

8. Pursuant to the provisions of Supplemental Rules F(3) and F(4), Petitioners separately are moving this Court to issue an injunction to enjoin the further prosecution of any actions or proceedings against the Petitioners or Petitioners' property with respect to any claim subject to limitation in this action and to issue a monition admonishing all persons asserting claims with respect to this cause to file the respective claims and answers on or within thirty (30) days from the date of notice issued by the Court.

9. The subject vessel has not been arrested or attached to answer for any claim in any district and suit has not been commenced against the Petitioners for any claim in any district. The vessel is not within any district at the time of institution of these limitation proceedings and therefore venue is proper in this District pursuant to Supplemental Rule F(9).

10. Petitioners will proceed forthwith in accordance with Local Admiralty Rule A(7) to effect publication of the notice required by Supplemental Rule F(4).

WHEREFORE, Petitioners moves this Court for entry of judgment exonerating Petitioners from any liability in connection with the deaths of Hayman Sooknanan, Rene Robert Dutertre and James Cason or any others who may file a claim, or in the alternative to limit Petitioners' liability to the value of the interest of Petitioners in said vessel in accordance with 46 U.S.C. § 30501 et seq.

_____
Charles G. De Leo
Fla. Bar No. 353485
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

## VERIFICATION

I, Charles G. De Leo state under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am a member of the law firm of Fowler White Burnett P.A., attorneys for Petitioners in the above-cause and that the allegations in this Petition for Exoneration from or Limitation of Liability are true and correct based on information provided to me by said Petitioners. I am authorized to verify this Petition on behalf of the Petitioners as no corporate officers of the Petitioners are located within this District.

Executed on this 31st day of October, 2008.

_____
Charles G. De Leo

JS 44 (Rev. 2/08)

**CIVIL COVER SHEET**

Oct. 31, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
MS "Madeleine" Schiffahrtsgesellschaft mbH & Co. KG, Reederei Alnwick Harmstorf &Co.GmbH & Co.KG and Bangor Castle Shipping

(b) County of Residence of First Listed Plaintiff: **Foreign Plaintiffs**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Charles G. De Leo
Fowler White Burnett P.A.
1395 Brickell Ave. 14th Floor, Miami, FL 33131

### DEFENDANTS

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

FTL 08CV 61757 moreno/torres

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | PERSONAL INJURY ☐ 362 Personal Injury - Med. Malpractice | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 365 Personal Injury - Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 330 Federal Employers' Liability | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☒ 340 Marine | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 345 Marine Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | PERSONAL PROPERTY ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 350 Motor Vehicle ☐ 371 Truth in Lending | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| REAL PROPERTY | ☐ 355 Motor Vehicle Product Liability ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 360 Other Personal Injury ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | CIVIL RIGHTS | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 442 Employment | PRISONER PETITIONS | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/Accommodations | ☐ 510 Motions to Vacate Sentence | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | Habeas Corpus: ☐ 530 General ☐ 535 Death Penalty | IMMIGRATION ☐ 462 Naturalization Application | ☐ 950 Constitutionality of State Statutes |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus-Alien Detainee | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
46 U.S.C. § 30501 et seq. For Exoneration From or Limitation of Liability

LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
S/ [signature]

DATE 31 Oct 08

FOR OFFICE USE ONLY
AMOUNT 350.—    RECEIPT # 989684    IFP